JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDHI SHRINIVAS SHETTY, <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, United States Citizenship and Immigration Services, *et al.*, <br><br> Defendants. | No. 2:23-cv-07230-JLS-PD <br><br><br> **JUDGMENT** |

1  The Motion to Dismiss filed by Defendants, having been taken under submission,
2  and the Court having carefully considered the pleadings and the evidence submitted by
3  the parties and having granted the Motion,
4      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is
5  hereby entered for Defendants. Plaintiffs' Complaint and the entirety of the action is
6  hereby dismissed with prejudice.

Dated: February 6, 2024

HONORABLE JOSEPHINE STATON
UNITED STATES DISTRICT JUDGE